IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:04-cr-214-A</u> |
| | ) | |
| TARSUS T. LANIER, | ) | |
| DONNELL EDWARDS, and | ) | |
| XAVIER HOPKINS, | ) | |
| ANCELMO GOMEZ, JR., | ) | |
| JONATHAN ZAMORA, and | ) | |
| CLINTON GARNER | ) | |

<u>O R D E R</u>

Upon consideration of the Motion for Leave to Dismiss Indictment, heretofore filed in the above styled cause, **as to TARSUS T. LANIER, DONNELL EDWARDS, and XAVIER HOPKINS ONLY**, and for good cause shown, SUPERSEDING INDICTMENT FILED ON MAY 25, 2005, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this <u>2nd</u> day of June, 2005.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE