AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| TARSUS T. LANIER | ) Case No: 2:04cr214-WHA-01 |
| | ) USM No: 11549-002 |
| Date of Original Judgment: 05/24/2006 | ) |
| Date of Previous Amended Judgment: | ) N/A |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant's original and amended guideline sentence is life because the statutory mandatory sentence in this case is life. He was sentenced to 235 months pursuant to a plea agreement that specified a 235 month sentence. The agreed upon sentence has nothing to do with the guideline range.

Except as otherwise provided, all provisions of the judgment dated 05/24/2006 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/10/2017

/s/ W. Harold Albritton
*Judge's signature*

Effective Date: _____
*(if different from order date)*

W. Harold Albritton, III, Senior U. S. District Judge
*Printed name and title*