## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO.: 2:04-CR-214-ALB-KFP-1** |
| ) | |
| **TARSUS T. LANIER** ) | |

## ORDER

This matter comes before the court on Defendant's Second Motion to Modify Conditions of Supervised Release (Doc. 460) filed March 10, 2021. As a special condition of supervised release (Doc. 446), the court imposed that Defendant participate in the Location Monitoring Program and to comply with the conditions of home detention for a period of 4 months. After consideration and for good cause, it is

**ORDERED** that the motion be and is hereby **GRANTED**. The location monitoring of home detention is hereby removed as a special condition of Defendant's supervised release effective the date of this order.

**SO ORDERED** this 24th day of March, 2021.

/s/ Andrew L. Brasher
**ANDREW L. BRASHER**
**UNITED STATES CIRCUIT JUDGE**
**(sitting by designation)**